| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | **VOLUNTARY PETITION** |
|---|---|
| IN RE (Name of debtor-if individual, enter Last, First, Middle)<br>**PETERS, DANIEL R.** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(including married, maiden and trade names)<br>Dan Peters, Dan Russell Peters | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(include married, maiden and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>***-**-2509 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>1966 Muirfield Cir., Elgin, IL 60123-5619 | STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>*Chapter 13W/No Plan* |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>KANE | COUNTY OF RESIDENCE OR PRINC. PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |

| LOCATION OF PRINCIPLE ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above) | VENUE (Check one box)<br>[X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |
|---|---|
| TYPE OF DEBTOR (Check one box)<br>[x] Individual      [ ] Corporation Publicly Held<br>[ ] Joint (H&W)   [ ] Corporation Not Publicly Held<br>[ ] Partnership    [ ] Municipality<br>[ ] Other | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)<br>[ ] Chapter 7   [ ] Chapter 11   [x] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12   [ ] §304-Case Ancillary to Foreign Proceeding<br>SMALL BUSINESS (Ch. 11 only)<br>[ ] Debtor is a small business as defined in 11 U.S.C. §101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e). (optional) |
| NATURE OF DEBT (Check one box)<br>[X] Non-Business Consumer   [ ] Business – Complete A&B<br>Below | FILING FEE (Check one box)<br>[X] Filing fee attached.<br>[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1001(b); see Official Form Number 3. |
| A. TYPE OF BUSINESS (Check one box)<br>[ ] Farming          [ ] Transportation    [ ] Commodity Broker<br>[ ] Professional     [ ] Mfg./Mining       [ ] Construction<br>[ ] Retail/Wholesale [ ] Stockbroker       [ ] Real Estate<br>[ ] Railroad         [ ] Other Business<br>B. BRIEFLY DESCRIBE NATURE OF BUSINESS | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>Christine R. Piesiecki<br>Illinois Registration No. 6196644<br>9800 S. Roberts Rd., Suite 205, Palos Hills, IL 60465<br>Telephone: 708-233-6833 |
| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. §604)<br>(Estimates only)(Check applicable boxes) | NAME OF ATTORNEY DESIGNATED TO REPRESENT THE DEBTOR<br>Christine R. Piesiecki |
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors<br>[X] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | [ ] Debtor is not represented by an attorney. Telephone number of debtor not repr... |

| ESTIMATED NUMBER OF CREDITORS | | | | | |
|---|---|---|---|---|---|
| [x] 1-15 | [ ] 16-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000+ |
| ESTIMATED ASSETS (in thousands of dollars) | | | | | |
| [ ] Under 50 | [ ] 50-99 | [x] 100-499 | [ ] 500-999 | [ ] 1000-9999 | [ ] ... |
| ESTIMATED LIABILITIES (in thousands of dollars) | | | | | |
| [ ] Under 50 | [ ] 50-99 | [x] 100-499 | [ ] 500-999 | [ ] 1000-9999 | [ ] ... |
| ESTIMATED NUMBER OF EMPLOYEES – CH 11 & 12 ONLY | | | | | |
| [ ] 0 | [ ] 1-19 | [ ] 20-999 | [ ] 100-999 | [ ] 1000-over | |
| ESTIMATED NO. OF EQUITY SECURITY HOLDERS – CH. 11 & 12 ONLY | | | | | |
| [ ] 0 | [ ] 1-19 | [ ] 20-999 | [ ] 100-999 | [ ] 1000-over | |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/03/2004
Time: 16:19:23
Debtor: DANIEL R PETERS
Case: 04-28732        Fee : 194
Chapter: 13 Rec. # : 3094051
Judge: Initials MB
341 mtg: 09/09/2004 @ 10:30AM
ConfHrg: 09/30/2004 @ 11:30AM
Trustee: GLENN STEARNS
```

1:04BK28732-BK001

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **Peters, Daniel R.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone (If not represented by attorney)

8-03-04
Date

**Signature of Attorney**

X _Christ R Piesial_
Signature of Attorney for Debtor

CHRISTINE R. PIESIECKI
Illinois Registration No. 6196644
9800 South Roberts Road, Suite 205
Palos Hills, IL 60465
Phone: 708-233-6833

8-03-04
Date

**Signature(s) of Debtor(s) (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, Specified in this petition

X _____
Signature of Authorized Individual

_____
Print of Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

[ ] Exhibit A is attached and made part of this petition.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Christ R Piesial_    8-03-04
Signature of Attorney for Debtor(s)    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

In re: Peters, Daniel R., Debtor(s)　　　　　　Case No.　　　　(if known)

**STATEMENT**
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection with this case　　$2,000.00
   (b) prior to filing this statement, debtor(s) has paid　　$ 806.00
   (c) the unpaid balance due and payable is　　$1,194.00

3. $ 194.00 of the filing fee in this case has been paid

4. The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed.

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed.

7. The undersigned has received no transfer, assignment or pledge of property except the following for value stated:

   NO EXCEPTIONS

8. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows:

   NO EXCEPTIONS

Dated: 8-3-04

Respectfully submitted,

_____
Attorney for Petitioner

CHRISTINE R. PIESIECKI
9800 South Roberts Road, Suite 205
Palos Hills, IL 60465
708-233-6833

In re: **Peters, Daniel R.**, Debtor(s)    Case No.            (if known)

## SCHEDULE A – REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Condo residence at 1966 Muirfield Cir., Elgin, IL | | | $136,000.00 | 1st mtg. $122,000.00  Condo assess. $1852.17 |
| | Total | | $136,000.00 | (Report also on Summary of Schedules) |

## SCHEDULE B – PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | N | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fifth Third Bank account  UOP Credit Union | | $ 500.00  $ 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords and others | N | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Misc. Household Goods and Furnishings | | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | Misc. Wearing Apparel | | $ 400.00 |
| 7. Furs and jewelry. | N | | | |
| 8. Firearms and sports, photo-graphic and other hobby equipment. | N | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |

## SCHEDULE B - PERSONAL PROPERTY

In re: **Peters, Daniel R.**, Debtor(s)        Case No. _____ (if known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | N | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k) | | $15,186.59 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | N | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | N | | | |
| 18. Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | N | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | N | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | N | | | |
| 21. Patents, copyrights and other intellectual property. Give particulars. | N | | | |
| 22. Licenses, franchises and other general intangibles. Give particulars. | N | | | |
| 23. Automobiles, trucks, trailers and other vehicles and accessories. | | 1993 Jeep<br>1999 GMC Yukon | | $ 1,200.00<br>$11,000.00 |
| 24. Boats, motors and accessories. | N | | | |
| 25. Aircraft and accessories. | N | | | |
| 26. Office equipment, furnishings and supplies. | N | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals. | N | | | |
| 30. Crops – growing or harvested. Give particulars. | N | | | |
| 31. Farming equipment and implements. | N | | | |
| 32. Farm supplies, chemicals and feed. | N | | | |
| 33. Other personal property of any kind not already listed. Itemize. | N | | | |
| Continuation sheets attached | | (Report total also on Summary of Schedules)    **TOTAL** | | **$29,486.59** |

In re: **Peters, Daniel R.**, Debtor(s)     Case No.     (if known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (check one box)

[ ] 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
[X] 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence at 1966 Muirfield | 735 ILCS 5/12-901 | $7,500.00 | $136,000.00 |
| Fifth Third Bank Account | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
| UOP Credit Union | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |
| Misc. Household Goods and Furnishings | 735 ILCS 5/12-1001(a) | $1,000.00 | $1,000.00 |
| Misc. Wearing Apparel | 735 ILCS 5/12-1001(a) | $400.00 | $400.00 |
| 401(k) | 735 ILCS 5/12-1006 | 100% | $15,186.59 |
| 1992 Jeep | 735 ILCS 5/12-1001(c) | $1,200.00 | $1,200.00 |

In re: **Peters, Daniel R.**, Debtor(s)      Case No.                    (if known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

[x] Check here if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D * | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # 194474-2<br>National City Mortgage<br>PO Box 17677<br>Baltimore, MD 21297=1677 | | | 1st Mtg. Residence<br><br>VALUE $ 136,000.00 | | $122,000.00<br><br>Arrears<br>$2,000.00 | |
| A/C # 04 LMK 880<br>Village of College Green Homeowners Assn.<br>c/o Moss and Bloomberg, Ltd.<br>305 W. Briarcliff Rd.<br>Bolingbrook, IL 60440 | | | Condo Assn. fees<br><br>VALUE $ | | $1,852.17 plus costs & fees | |
| A/C # 00519900469201<br>Bank One<br>PO Box 260161<br>Baton Rouge, LA 70826-0161 | | | Auto Loan, 1999 Yukon<br><br>VALUE $11,000.00 | | $13,622.90 | |
| A/C# | | | VALUE $ | | | |
| A/C# | | | VALUE $ | | | |
| A/C# | | | VALUE $ | | | |
| A/C# | | | VALUE $ | | | |
| | | | Subtotal (Total of this page) | | $ | |
| __0__ continuation sheets attached | | | TOTAL (use only on last page) | | $ 137,475.07 | |

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: **Peters, Daniel R.**, Debtor(s)  Case No.  (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries and commissions:** Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers or fishermen:** Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.§507(a)(5).

[ ] **Deposits by individuals:** Claims of individuals up to $1,800* for deposits for the purchase, lease or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ] **Alimony, Maintenance or Support:** Claims of a spouse, former spouse or child of the debtor for alimony, maintenance or support to the extent provided in 11 U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998 and every three years thereafter with respect to cases commended on or after the date of adjustment

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| Continuation sheets attached | | | Subtotal (Total of this Page) | | | |
| | | | Total (Use only on last page of completed Schedule E) | | $ | |

**If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Peters, Daniel R.,** Debtor(s)     Case No.     (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

[ ] Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC* | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Ref No. 005648316<br>Advantage Assets, II<br>c/o LTD Financial<br>7322 Southwest Freeway, #1600<br>Houston, TX 77074 | | | | | $14,042.72 |
| A/C # 938434<br>Bank of America<br>TCT<br>2880 Dresden Dr.<br>Atlanta, GA 30341 | | | | | $ 6,664.43 |
| A/C # 6011 0074 9026 9668<br>Discover Financial, Bankruptcy Dept.<br>PO Box 3008<br>New Albany, OH 43054-3008 | | | | | $ 2,715.96 |
| A/C # 771 421 0474315413<br>Sam's Club<br>PO Box 530993<br>Atlanta, GA 30353 | | | | | $ 223.45 |
| A/C #  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<br>US Dept. of Education<br>Direct Loan Svc. Cntr.<br>PO Box 4609<br>Utica, NY 13504-4609 | | | | | $ 6,672.35 |
| A/C # | | | | | |
| A/C # | | | | | |
| ___0___ Continuation Sheets Attached | | | | Subtotal (Total of this Page) | $ |
| | | | | Total → (Use only on last page of completed Schedule F) | $30,318.91 |

\* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.
\*\*If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Peters, Daniel R.,** Debtor(s)  Case No.  (if known)

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[ x ] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OF LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re: **Peters, Daniel R.,** Debtor(s)   Case No. _____   (if known)

## SCHEDULE H – CODEBTORS

[ X ] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS CREDITOR |
|---|---|
|  |  |

In re: **Peters, Daniel R.,** Debtor(s)   Case No. _____   (if known)

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: Peters, Daniel R., Debtor(s)           Case No.        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules consisting of 11 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: 8-03-04                             Signature _____
                                                                Debtor

Date: _____                     Signature _____
                                          (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or typed Name of Bankruptcy Petition Preparer        Social Security No.

Address: _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer                    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____                     Signature: _____
                                          (Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to the debtor.)

United States Bankruptcy Court for the **Northern District of Illinois, Eastern Division**

In re: **Peters, Daniel R.**, Debtor(s)            Case No.

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete questions 16-21. If the answer to any question is "None" or the questions is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (of known) and the number of the question.

**DEFINITIONS**

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: An officer, director, managing executive or person in control of a corporation; a partner, other than a limited partner,; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: Relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors and any person is control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

[ ] None   **1. Income from Employment or Operation of Business**
State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Give **amount and source** (if more than one).

2004 year-to-date, approx.:   $21,000.00
2003, approximately:   $31,500.00

All from Debtor's Earnings

[x] None   **2. Income Other than from Employment or Operation of Business**
State the amount of income received by the debtor other than from employment, trade, profession or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **amount and source.**

**3. Payments to Creditors**
[x] None   a. List all payments on loans, installment purchases of goods or services and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. (Give **name and address of creditor, dates of payments, amount paid and amount still owing.**

[x] None   b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of creditor and relationship to debtor, date of payment, amount paid and amount still owing.**

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**
[ ] None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition

Village of College Green Homeowners Assn v. debtor, case No. 04 LMK 880
Filed in the Circuit Ct. for the 16th Judicial Circuit, Kane County, IL;
Collection suit for past due assessments; pending

is filed, unless the spouses are separated and a joint petition is not filed.) **Give caption of suit and case number, nature of proceeding, court or agency and location, and status or disposition.**

[x] None  b. Describe all property that has been attached, garnished, seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) **Give name and address of person for whose benefit property was seized, date of seizure and description and value of property.**

[x] None  **5. Repossessions, Foreclosures and Returns**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) **Give name and address of creditor or seller, date of repossession, foreclosure sale, transfer or return, and description and value of property.**

**6. Assignments and Receiverships**
[x] None  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) **Give name and address of assignee, date of assignment and terms or assignment or settlement.**

[x] None  b. List all property which has been in the hands of a custodian, receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) **Give name and address of custodian, name and location of court, case title and number, date of order and description and value of property.**

[x] **7. Gifts**
List all gifts or charitable contributions within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. **Give name and address of person or organization, relationship to debtor, if any, date of gift and description and value of gift.**

[x] None  **8. Losses**
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) **Give description and value of property, description if circumstances and, if loss was covered in whole or in part by insurance, give particulars and date of loss.**

[ ] None  **9. Payments Related to Debt Counseling or Bankruptcy**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. Give **name and address of payee, date of payment, name or payor**

$806.00 plus filing fee paid to Christine Piesiecki for this proceeding

Case 04-28732    Doc 1    Filed 08/03/04    Entered 08/03/04 16:18:14    Desc Petition
Page 15 of 16

if other than debtor and amount of money or description and value of property.

[x] None  **10. Other Transfers**
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give name and address of transferee, relationship to debtor, date, and describe property transferred and value received.

[x] None  **11. Closed Financial Accounts**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings or other financial accounts, certificates of deposit or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Give name and address of institution, type and number of account and amount of final balance and amount and date of sale or closing.

[x] None  **12. Safe Deposit Boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give name and address of bank or other depository, names and addresses of those with access to box or depository, description of contents and date of transfer or surrender, if any.

[x] None  **13. Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give name and address of creditor, date of setoff and amount of setoff.

[x] None  **14. Property Held for Another Person**
List all property owned by another person that the debtor holds or controls. Give name and address of owner, description and value of property and location of property.

[x] None  **15. Prior Address of Debtor**
If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. Give address, name used and dates of occupancy.

0 continuation sheets attached

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 8-03-04                                    Signature _____
                                                 of Debtor

Date: _____                    Signature _____
                                                 of Joint Debtor
                                                 (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: _____                    Signature _____

                                                 _____
                                                 Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

### CERTIFICATE AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____               _____
Printed of Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____               Names and Social Security numbers of all other Individuals who
Address                                          prepared or assisted in preparing this document:

_____

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____               _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 US.C. §110; 18 U.S.C. §156.*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.