UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 28732
   DANIEL R PETERS
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-2509
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/03/04 and confirmed on 11/08/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  21999.62 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 2540.81 | .00 | 2540.81 |
| VILLAGE OF COLLEGE GREEN | SECURED | .00 | .00 | .00 |
| VILLAGE OF COLLEGE GREEN | SECURED | 1852.17 | .00 | 1852.17 |
| BANK ONE/JPM CHASE | SECURED | 11000.00 | 2548.18 | 11000.00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7220.70 | .00 | 722.07 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2996.51 | .00 | 299.65 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 6657.96 | .00 | 665.80 |
| BANK ONE/JPM CHASE | UNSECURED | 1536.14 | .00 | 153.61 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15392.98 | .00 | 18411.31 | .00 | 33804.29 |
| PRINCIPAL PAID | 15392.98 | .00 | 1841.13 | .00 | 17234.11 |
| INTEREST PAID | 2548.18 | .00 | .00 | .00 | 2548.18 |
| TOTAL PAID | 17941.16 | .00 | 1841.13 | .00 | 19782.29 |

The Debtor's attorney, CHRISTINE R PIESIECKI           , was allowed $   2000.00
and was paid $    806.00   direct and $   1194.00   through the plan.

The Trustee received $     837.81 .

Refunds to the Debtor totaled $     185.52 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 11/16/07                              /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE





                              PAGE   2
         CASE NO. 04 B 28732 DANIEL R PETERS